AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ARGENIS REYES-GRAHAM (2) | CASE NUMBER: 08 CR 2063- WQH |

I, ARGENIS REYES-GRAHAM, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __6/19/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
         Judicial Officer