1  KAREN P. HEWITT
   United States Attorney
2  JAMES P. MELENDRES
   Assistant United States Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6327
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

JUN 30 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

                    UNITED STATES DISTRICT COURT

9

              SOUTHERN DISTRICT OF CALIFORNIA    08 CR 2063 WQH

10

11  UNITED STATES OF AMERICA,            )    Magistrate Case No. 08MJ1781
                                         )
12                      Plaintiff,       )
                                         )    **STIPULATION OF FACT AND JOINT**
13         v.                            )    **MOTION FOR RELEASE OF**
                                         )    **MATERIAL WITNESS(ES) AND**
14  JORGE RENE BERNAL-GUZMAN (1),        )    **ORDER THEREON**
                                         )
15                      Defendant.       )
                                         )    **(Pre-Indictment Fast-Track Program)**

16         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and James P.

18  Melendres, Assistant United States Attorney, and defendant JORGE RENE BERNAL-GUZMAN,

19  by and through and with the advice and consent of defense counsel, Gerard J. Wasson, that:

20         1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(1)(A)(i) and (v)(II).

26  //

27  //

28  JPME:lg

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **July 10, 2008**.

6    4.    The material witnesses, Angel Perez-Bailon and Jose Hernandez-Ortiz, in this case:

7        a.    Are aliens with no lawful right to enter or remain in the United States;

8        b.    Entered or attempted to enter the United States illegally on or about

9  June 6, 2008;

10        c.    Were found in an area 50 yards North of the international border with Mexico

11  and were being guided by defendant, and defendant knew of the fact that they were aliens with no

12  lawful right to enter or remain in the United States;

13        d.    Were paying or having others pay on their behalf an unknown amount up to

14  $2,000 to others to be brought into the United States illegally and/or transported illegally to their

15  destination therein; and,

16        e.    May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24        b.    The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jorge Rene Bernal-Guzman (1)        2        08MJ1781

1        c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5     6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9     Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12     It is STIPULATED AND AGREED this date.

13                              Respectfully submitted,

14                              KAREN P. HEWITT
                                United States Attorney

15

16 Dated: 24 June 08

17                              JAMES P. MELENDRES
                              Assistant United States Attorney

18

19 Dated: 6/18/08               GERARD J. WASSON
                              Defense Counsel for

20                              JORGE RENE BERNAL-GUZMAN

21

22 Dated: 6/18/08              JORGE RENE BERNAL-GUZMAN
                              Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jorge Rene Bernal-Guzman (1)       3               08MJ1781

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 6/30/2008

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jorge Rene Bernal-Guzman (1)            4            08MJ1781