UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>Jorge Rene Bernal-Guzman<br>　　　　Defendant(s) | CRIMINAL NO. 08 CR 2063-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

**Jose Hernandez-Ortiz**

DATED: 6/30/08

RECEIVED _____ DUSM

　　　　　　　　　　　　　　　　　　Ruben B. Brooks
　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　OR

　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　　　　　　　　by
　　　　　　　　　　　　V. Lee,   Deputy Clerk